# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# MARTINSBURG

**MARGARET VIOLET JENKINS WILLIAMS,**

    Plaintiffs,

v.

**UNITED STATES OF AMERICA,**

    Defendant.

**CIVIL ACTION NO.: 3:07-CV-152**
**(JUDGE BAILEY)**

## ORDER

This matter is now before the Court for consideration of the petitioner's Motion for Extension of Time in Filing a Response to Report and Recommendation [Doc. No. 14] filed on January 22, 2008. Plaintiff seeks to extend the time period in which she may file her objections to the Report and Recommendations of Magistrate Judge John S. Kaull [Doc. No. 10], wherein Magistrate Judge Kaull recommended that the petitioner's Emergency Petition for a Writ of Mandamus be denied and the case be dismissed with prejudice.

After careful review of petitioner's Motion for Extension of Time [Doc. No. 14], the Court does not find good cause to grant the Motion. The Return Receipt [Doc. No. 12] shows that service of the Report and Recommendations [Doc. No. 10] was accepted on December 18, 2007. The petitioner's Motion for Extension of Time [Doc. No. 14] was postmarked on January 18, 2008, which is well after the 10-day time period in which Objections to the Report and Recommendations may be filed. Accordingly, the **Motion for Extension of Time [Doc. No. 14]** is **DENIED as UNTIMELY**.

**IT IS SO ORDERED**.

The Clerk is directed to transmit a copy of this Order to the petitioner and counsel of record herein.

**DATED**: January 30, 2008.

JOHN PRESTON BAILEY
UNITED STATED DISTRICT JUDGE