# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# MARTINSBURG

**MARGARET VIOLET JENKINS WILLIAMS,**

   Plaintiffs,      **CIVIL ACTION NO.: 3:07-CV-152**
v.              **(JUDGE BAILEY)**

**UNITED STATES OF AMERICA,**

   Defendant.

## ORDER

This matter is now before the Court for consideration of the petitioner's second Motion for Extension of Time in Filing a Response to Report and Recommendation [Doc. No. 15] filed on January 28, 2008. Plaintiff previously filed the identical motion on January 14, 2008 [Doc. 14]. This Court, by Order entered January 30, 2008, denied the previous motion [Doc. 16]. In the motions, the plaintiff seeks to extend the time period in which she may file her objections to the Report and Recommendations of Magistrate Judge John S. Kaull [Doc. 10], wherein Magistrate Judge Kaull recommended that the petitioner's Emergency Petition for a Writ of Mandamus be denied and the case be dismissed with prejudice.

After careful review of petitioner's second Motion for Extension of Time [Doc. 15], the Court does not find good cause to grant the Motion for the same reasons as stated in the Order denying the original Motion for Extension of Time.

Accordingly, the petitioner's second **Motion for Extension of Time [Doc. 15]** is **DENIED as UNTIMELY**.

**IT IS SO ORDERED**.

The Clerk is directed to transmit a copy of this Order to the petitioner and counsel of record herein.

**DATED**: February 22, 2008.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE